## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>v.<br><br>**ANGEL GABRIEL DIAZ-ROSADO**<br><br>Defendant | **CRIMINAL NO. 19-211 (ADC/GLS)** |

### ORDER

TO:   United States Marshals Service
      Orlando, Florida

IT IS HEREBY ORDERED that psychiatrist Dr. Abimael Rivera appear through Zoom on **January 21, 2022 at 9:00 a.m.** to testify before this Court as to the effects of Klonopin in general, and specifically as to **Angel Gabriel Díaz-Rosado**.

This Order is to be served by the U.S. Marshals Service to Dr. Abimael Rivera at his office in 13800 Veterans Way, Orlando, Florida 32827.

**IT IS SO ORDERED.**
In San Juan, Puerto Rico, this 4th of January 2022.

s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge